# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | Cr 19-462 SVW | Date | December 10, 2019 |
|---|---|---|---|
| Title | United States v. Vasher | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Government: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER RE: CONTINUED DETENTION

1. The Court (Magistrate Judge Wilner) conducted a hearing on defendant Vasher's request for reconsideration of detention. (Docket # 146.) For the reasons stated at the hearing, the request is denied.

2. Assuming that the statutory presumption is rebutted by the proffer of legitimate sureties, the government's original presentation regarding the significant risks of non-appearance and of danger to the community continues to satisfy the standard under Section 3142. The Court notes Mr. Vasher's significant criminal history, including several extended terms in state prison and at least one verified violation of parole, his lack of steady legitimate employment, and the Motamedi finding.

3. The Court's ruling echoes the detention recommendation of Pretrial Services. The agency report notes that it was not able to contact two of the potential sureties (Ms. Ewing and Ms. Franklin). The offer of Ms. Smith as noted in a previous report was deemed insufficient to adequately respond to the serious issues raised in this matter, as was the refusal of several potential sureties to agree to pledge their finances on defendant's behalf.